IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

CAMERON GERALD NIGH,

        Plaintiff,                       CV-09-81-ST

      v.                                   JUDGMENT

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

STEWART, Magistrate Judge:

      Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is reversed and remanded pursuant to Sentence Four of 42 USC § 405(g) for further administrative proceedings consistent with the Opinion and Order filed in this case.

      DATED this 14th day of June, 2010.

                                                s/ Janice M. Stewart
                                                Janice M. Stewart
                                                United States Magistrate Judge

Case 3:09-cv-00081-ST    Document 35    Filed 06/14/10    Page 2 of 2